UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN ALAN KELLOGG,

    Plaintiff,

    v.

WESTERN STATE HOSPITAL, *et al*,

    Defendants.

Case No.  C05-5268RJB

ORDER DISMISSING
FRIVOLOUS COMPLAINT

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE as frivolous; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

    DATED this 17th day of August, 2005.

Robert J. Bryan
United States District Judge